**Order entered July 2 , 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00105-CR

### DARRYL JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MB11-35023-F**

## ORDER

The Court **REINSTATES** the appeal.

On May 13, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed. On June 26, 2013, we received appellant's motion to dismiss the appeal, signed by appellant and his attorney. *See* Tex. R. App. P. 42.2(a). Therefore, we conclude findings are no longer necessary and we **VACATE** the May 13, 2013 order requiring findings. We are issuing the opinion dismissing the appeal contemporaneously wit this order.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE